IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    11-cv-02933-MJW

MARY TORRES,

Plaintiff,

v.

THE KROGER CO. d/b/a KROGER CHECK RECOVERY CENTER,

Defendant.

## ORDER ON
## NOTICE OF SUBSTITUTION OF COUNSEL AND MOTION FOR LEAVE TO WITHDRAW (Docket No. 32)

**MICHAEL J. WATANABE**
**United States Magistrate Judge**

This matter is before the Court pursuant to Defendant's Notice of Substitution of Counsel and Motion for Leave to Withdraw (Docket No. 32). Good cause being shown therefore, the Motion is hereby GRANTED.

IT IS HEREBY ORDERED THAT:

1. Scott Leonard Evans of the law firm Messner & Reeves LLC and Willie Earl Shepherd, Jr. of the law firm Shepherd, P.C. are hereby withdrawn as counsel to The Kroger Co. in this action.

2. Ed Aro of the law firm of Arnold & Porter LLP hereby enters his appearance as counsel of record in this action on behalf of the Defendants, The Kroger Co. d/b/a Kroger Check Recovery Center.

3. The Clerk of the Court shall remove Scott Leonard Evans and Willie Earl

2

Shepherd, Jr. from the electronic notice list in CM/ECF, and add Ed Aro to the electronic notice list in CM/ECF.

  4. Katherine Ross will not be entered into this matter until an entry of appearance with her signature is filed with the court.

Date: July 16, 2012       s/ Michael J. Watanabe
    Denver, Colorado      Michael J. Watanabe
                 United States Magistrate Judge