IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-02933-MJW

MARY TORRES,

Plaintiff,

v.

THE KROGER CO.,
DILLON COMPANIES, INC., and
SMITH'S FOOD & DRUG CENTERS, INC.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Motion for Clarification on Discovery Limitations and Request for Discovery Hearing on January 3, 2013 (docket no. 52) is GRANTED IN PART AND DENIED IN PART.  The subject motion (docket no. 52) is DENIED as to setting a discovery hearing.  The remainder of the subject motion (docket no. 52) is GRANTED as follows.

The Amended Scheduling Order for Pre-Class Certification Discovery (docket no. 37) was entered by this court on August 3, 2012.  Paragraphs 8 a. and 8 c. in the Amended Scheduling Order for Pre-Class Certification Discovery (docket no. 37) clearly states the limitation on interrogatories, requests for production of documents and requests for admissions for Pre-Class Certification Discovery is 25 each PER SIDE. For further clarification, this means that Plaintiff may serve 25 interrogatories, 25 requests for production of documents and 25 requests for admissions on the Defendants collectively and the Defendants collectively may serve 25 interrogatories, 25 requests for production of documents and 25 requests for admissions on the Plaintiff. In other words, Plaintiff is NOT ALLOWED to serve each Defendant with 25 separate interrogatories, 25 separate requests for production of documents and 25 separate requests for admissions.  As mentioned by this court at the Rule 16 Scheduling Conference held on August 3, 2012, there may be a need to enter a further Amended Rule 16 Scheduling Order if a class is certified in this case.

Date: January 16, 2013