# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Magistrate Judge Michael J. Watanabe

**Civil Action No.**   11-cv-02933-MJW          FTR - Courtroom A-502

**Date:**   February 13, 2013                   Courtroom Deputy, Ellen E. Miller

*Parties*                                       *Counsel*

MARY TORRES,                                    Tracey N. Tiedman

    Plaintiff(s),

v.

THE KROGER COMPANY,                             Edwin P. Aro
DILLON COMPANIES, INC., and                     Katherine A. Ross
SMITH'S FOOD & DRUG CENTERS, INC.,

    Defendant(s).

---

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   **TELEPHONIC STATUS CONFERENCE**
**Court in Session:**   2:34 pm.
Court calls case. Appearances of counsel.

It is noted the Plaintiff has filed a Chapter 7 Petition for Bankruptcy in the District of Colorado Bankruptcy Court on or about January 23, 2013. Bankruptcy Case No. 13-10868-ABC.

The Court raises Plaintiff's Motion for Protective Order and Defendants' Motion for Extension of Time for argument.

Argument by both sides.

**It is ORDERED:**   Plaintiff's MOTION FOR A PROTECTIVE ORDER [Docket No. **58**, filed February 08, 2013] is **GRANTED** for reasons as set forth on the record. That portion of the Motion which requests attorneys' fees and costs is **DENIED.**

**It is ORDERED:**   Defendants' MOTION TO EXTEND DISCOVERY CUT-OFF FOR PRE-CLASS CERTIFICATION [Docket No. **59**, filed February 12, 2013] is **DENIED** for reasons as set forth on the record.

Hearing concluded.   **Court in recess:**   3:18 p.m.   Total In-Court Time 00:43

To order a transcript of this proceedings, contact Avery Wood Reports   (303) 825-6119 or   Toll Free   1-800-962-3345.